IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------------------------------------- x
MARY RAWSON,                                            :
                                                        :
                Plaintiff,                              :
                                                        :
v.                                                      :    12-cv-7725
                                                        :    Hon. Judge Gettleman
L'ORÉAL USA, INC.                                       :    Magistrate Judge Cox
                                                        :
                Defendant.                              :
                                                        :
                                                        :
------------------------------------------------------- x
```

**JOINT MOTION FOR STAY OF DEADLINES**

Defendant L'Oréal USA, Inc., as well as Plaintiff Mary Rawson, respectfully submit this Joint Motion for Stay of Deadlines and in support of their Motion state as follows:

1. This action, filed on September 27, 2012, is one of four closely related cases pending in different United States District Courts.

2. On September 28, 2012, the plaintiffs in *Fabend, et al. v. L'Oréal USA, Inc., et al.*, No. 2:12-cv-3571-WJM-MF (D.N.J.) (Compl. filed June 8, 2012), filed a motion before the United States Judicial Panel on Multidistrict Litigation (the "JPML") requesting that this and other actions be transferred to and consolidated in the United States District Court for the District of New Jersey.

3.	On October 12, 2012, Defendants filed a brief with the JPML supporting the *Fabend* plaintiffs' transfer motion.

4.	The JPML has notified the parties of its intent to consider the *Fabend* plaintiffs' motion at its regularly-scheduled hearing on November 29, 2012.

5.	As of October 18, 2012, motions to stay pending the JPML's decision have been filed in the other three cases, and two of the courts have granted the motions to stay.

6.	The parties agree that, in order to conserve judicial resources and to prevent duplication of effort by the parties while the JPML considers whether to centralize these related cases, all proceedings in this action should be stayed until 45 days after the JPML rules on the *Fabend* plaintiffs' transfer motion.

Dated: October 19, 2012

Respectfully submitted,

By: /s/ Thomas E. Soule
 Thomas E. Soule
 EDELMAN, COMBS, LATTURNER
 & GOODWIN LLC
 120 South LaSalle Street, Suite 1800
 Chicago, Illinois 60603
 Tel: (312) 739-4200
 Fax: (312) 419-0379
 *Attorneys for Plaintiff*

By: /s/ Jeffrey S. Jacobson
 Jeffrey S. Jacobson
 Jeremy Feigelson
 DEBEVOISE & PLIMPTON LLP
 919 Third Avenue
 New York, New York 10022
 Tel: (212) 909-6000
 Fax: (212) 571-7479
 *Attorneys for Defendants*

23765507v1