## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARY RAWSON, for plaintiff and other persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 12-cv-7725<br>Hon. Judge Gettleman<br>Magistrate Judge Cox |
| L'OREAL USA INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**

Jeffrey S. Jacobson
Jeremy Feigelson
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

     PLEASE TAKE NOTICE that on November 7th, 2012 at 9:15 a.m., we shall appear in Room 1703 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, before the Judge presiding in that courtroom, and then and there present a: **JOINT MOTION FOR STAY OF DEADLINES**, – a copy of which is attached hereto and hereby served upon you.

                                       /s/ Thomas E. Soule_____
                                       Thomas E. Soule

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

    I, Thomas E. Soule, hereby certify that the preceding document and the motion attached thereto was filed on October 19, 2012, and a copy of the same was served upon defendant, through the Court's ECF system.

                                            /s/ Thomas E. Soule\
                                            Thomas E. Soule

Daniel A. Edelman\
James O. Latturner\
Cathleen M. Combs\
Thomas E. Soule\
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC\
120 S. LaSalle Street, 18th Floor\
Chicago, Illinois  60603\
(312) 739-4200\
(312) 419-0379 (FAX)