

**Thomas G Bruton**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

January 22, 2012

U.S. District Court
District of New Jersey
Federal Bld & U.S. Courthouse
Newark, NJ 07101-0419

RE: Rawson v. L'Oreal USA Inc.
Case No: 1:12-cv-07725
MDL Case No.: 2415

Dear Clerk:

Pursuant to the order entered by Judicial Panel on Multidistrict Litigation, on 12/14/2012 the above record

■    was electronically transmitted to U.S. District of New Jersey.

Please acknowledge receipt of this letter.

        Sincerely yours,

        Thomas G. Bruton, Clerk

        By: /s/Maria G. Hernandez
        Deputy Clerk

New Case No. _____ Date _____

cc:    Non-ECF Attorneys and Pro se Parties